GLAZE v. HAUSER. (No. 49.)

(Supreme Court, Appellate Term, First Department. July 12, 1915.)

Appeal from Municipal Court, Borough of Manhattan, Seventh District.
Action by George W. Glaze against William J. Hauser. From an adverse judgment, defendant appeals. Affirmed.
Argued before GUY, LEHMAN, and WHITAKER, JJ.

Philip C. Samuels, of New York City, for appellant.
John Mithertz, of New York City, for respondent.

PER CURIAM. The defendant appeals from both judgments, that were entered upon the verdict of a jury for $187.20 and $245.31, respectively. See opinion in Hauser v. Hauser (No. 50) 154 N. Y. Supp. 1072.
Judgment affirmed, with costs.